UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 23-62118-CIV-SMITH

**NELSON FERNANDEZ**,

    Plaintiff,

vs.

**WORLD OF JEANS & TOPS, INC.,
d/b/a TILLY'S, a foreign for-profit
corporation**,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    Plaintiff NELSON FERNANDEZ, by and through his undersigned Counsel, hereby gives notice that the parties have reached a settlement and will be executing necessary paperwork resolving all claims and matters in the case. Accordingly, the parties respectfully request that the Court provide the parties thirty (30) days from the date of filing this Notice to allow the parties to finalize the settlement agreement and file a notice of voluntary dismissal with prejudice.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 0146595 |

2

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 10th day of January, 2024, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Beth S Joseph, Esq.
MORGAN, LEWIS & BOCKIUS LP
600 Brickel Avenue, Suite 1600
Miami, FL  33131-3075
(305) 15-33078
Beth.joseph@morganlaewis.com

*Attorneys for Defendant*
*WORLD OF JEANS & TOPS d/b/a TILLY'S*

                                                        /s/ *Roderick V. Hannah*
                                                           Roderick V. Hannah